IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02543-RPM

CAROL LEYNER and
ROBERT LEYNER,

       Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY, an Illinois corporation,

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, coming before the Court on Plaintiffs Carol Leyner and Robert Leyner, and Defendant Allstate Fire and Casualty Insurance Company's Stipulated Motion for Dismissal With Prejudice, and the Court being fully advised in the premises,

HEREBY DISMISSES this entire action, with prejudice, each party to bear its own costs and attorney fees.

DONE this 6th day of April, 2012.

                                        s/Richard P. Matsch
                                        Richard P. Matsch, Senior Disrict Judge